UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>JODY LLOYD WINTER, et al.,<br><br>Defendants. | Case No.  1:26-cv-02099 JLT FJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(Doc. 5) |

Plaintiff Steven Quinn Singleton ("Plaintiff"), proceeding pro se, removed this action from Fresno County Superior Court on March 16, 2026.  (Doc. 1.)  Plaintiff also filed an application to proceed in forma pauperis.  (Doc. 2.)

On March 27, 2026, the assigned magistrate judge reviewed the complaint for jurisdictional purposes and issued findings and recommendations, recommending as follows: (1) Plaintiff's case be remanded to Fresno Superior Court on the basis that 28 U.S.C. § 1441(a) does not allow a plaintiff to remove a state court action to federal court; (2) the Court decline to provide Plaintiff further leave to amend because there is no way this procedural defect could be corrected, and (3) Plaintiff's application to proceed in forma pauperis (Doc. 2) be denied as moot. (Doc. 5.)

The Court served the findings and recommendations on Plaintiff, notified him that objections were due within 14 days, and warned that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839

1

(9th Cir. 2014).) Plaintiff has not filed objections and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 27, 2026 (Doc. 5) are **ADOPTED IN FULL**.
2. The case is **REMANDED** to Fresno County Superior Court on the basis of improper removal.
3. Plaintiff is denied further leave to amend because further amendments would be futile.
4. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED AS MOOT**.
5. The Clerk of this Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2